JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 552-6031
    Facsimile:  (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0179 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| DAVID ANTHONY GARCIA, | |
| Defendant. | |

    The parties appeared before the Honorable Bernard Zimmerman on April 8, 2010. With the agreement of both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 8, 2010 to April 9, 2010, in light of the need for appointment of defense counsel. Ms. Elizabeth Falk of the Federal Public Defender's Office represented that their office had a conflict of interest in representing the defendant, so the matter was continued for appointment of counsel.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. DAVID ANTHONY GARCIA, CR 10-0179 WHA           1

Failure to grant the requested continuance would deny the defendant a reasonable opportunity to obtain defense counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 8, 2010 to April 9, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 8, 2010 to April 9, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 8, 2010

/s/
PATRICIA SPALETTA
Assistant United States Attorney

SO ORDERED.

DATED: 9 Apr '10

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. DAVID ANTHONY GARCIA, CR 10-0179 WHA

2