1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 436- 7234
   E-mail: barbara.silano@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,       )   No.   CR 10-00179 WHA
                                    )
15       Plaintiff,                 )
                                    )   [PROPOSED] SPEEDY TRIAL ORDER
16       v.                         )
                                    )
17  DAVID GARCIA,                   )
                                    )
18       Defendant.                 )
                                    )
19
        GOOD CAUSE APPEARING, and both sides having so stipulated, the Court finds, pursuant
20
   to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by excluding time from April 12,
21
   2010 to May 11, 2010 outweigh the best interest of the public and the defendant in a speedy trial.
22
    The case involves approximately seven months of overlapping wiretaps, many of which are in
23
   the Spanish language and thousands of pages of documents which must be reviewed by the
24
   defense. Moreover, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(B) that failure to grant
25
   such a continuance would deny the defendant the reasonable time necessary for effective
26
   preparation, taking into account the exercise of due diligence.
27
   ///
28

1 | Accordingly, IT IS HEREBY ORDERED that the time period between April 12, 2010 and
2 | May 11, 2010 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(7)(A) and B.

DATED: 21 Apr 2010

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

SPEEDY TRIAL ORDER                                2