1  ERIK BABCOCK, Cal. 172514
   Attorney at Law
2  1212 Broadway, Suite 726
3  Oakland, CA 94612
   510-452-8400 tel
4  510-452-8405 fax
5
   Attorney For Defendant
6  DAVID GARCIA
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-00179 WHA (BEZ) |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER WAIVING DEFENDANT'S APPEARANCE** |
| v. | |
| DAVID GARCIA, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the personal appearance of David Garcia at the hearing scheduled for May 12, 2010 at 1:30 p.m. may be waived pursuant to Fed. R. Crim. P., Rule 43. Mr. Garcia has already been admonished and signed the bond.

DATED: May 10, 2010         /S/Barbara Silano
                            BARBARA SILANO
                            Assistant U.S. Attorney

Stip Waiving Appearance
US v. Garcia, No. 10-00179 WHA                                              1

DATED: May 10, 2010

/S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant

SO ORDERED.

DATED: 11 May 2010

Honorable Bernard E. Zimmerman
U.S. MAGISTRATE JUDGE

Stip Waiving Appearance
US v. Garcia, No. 10-00179 WHA

2