1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: Barbara.Silano@usdoj.gov
8
9  Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,          )   No.   CR 10-00179 WHA
                                      )
15      Plaintiff,                    )
                                      )   [PROPOSED] STIPULATION AND ORDER
16   v.                               )   REGARDING SPEEDY TRIAL EXCLUSION
                                      )
17 JORGE SAAVEDRA MORA,               )
   RICARDO LOPEZ-MONTES, and          )
18 DAVID GARCIA                       )
                                      )
19      Defendants.                   )
   _____)

20      GOOD CAUSE APPEARING, and both sides having so stipulated, the Court finds, pursuant
21 to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by excluding time from September
22 14, 2010 to January 18, 2011 outweigh the best interest of the public and the defendant in a
23 speedy trial. The case involves approximately seven months of overlapping wiretaps, many of
24 which are in the Spanish language and thousands of pages of documents which must be reviewed
25 by the defense. In addition, defendant Lopez-Montes has requested discovery of wiretap
26 materials from outside the Northern District of California. The wiretaps conducted in this case in
27 Northern District of California reference twelve lines intercepted pursuant to seven court orders
28 issued in the Central District of California. The affidavits in support of the authorizations from

the Central District of California are approximately one thousand (1000) pages in length. The government has agreed to make copies of the affidavits available but will need time to obtain them from the Central District and deliver them to the defense. The defense will then need time to review them.

Moreover, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(B) that failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, IT IS HEREBY ORDERED that the time period between September 14, 2010 and January 18, 2011 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(7)(A) and B.

SO STIPULATED:

_____  9/14/10
JORGE SAAVEDRA MORA         Date
By Elizabeth Falk

_____  9/14/10
RICARDO LOPEZ-MONTES         Date
By Brian Berson

_____  9-14-10
DAVID GARCIA                 Date
By Erik Babcock

MELINDA HAAG
United States Attorney

Dated: 9-14-10

_____
BARBARA BRENNAN SILANO
Assistant United States Attorney

SO ORDERED:

DATED: 9-14-10

_____
HON. WILLIAM H. ALSUP
UNITED STATES MAGISTRATE JUDGE

SPEEDY TRIAL ORDER                          2