ERIK BABCOCK, Cal. 172514
Attorney at Law
1212 Broadway, Suite 726
Oakland, CA 94612
510-452-8400 tel
510-452-8405 fax

Attorney For Defendant
DAVID GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00179 WHA (BEZ) |
| Plaintiff, | AMENDED |
| | **STIPULATION AND** ~~PROPOSED~~ |
| v. | **ORDER CONTINUING OR VACATING STATUS HEARING** |
| DAVID GARCIA, et al., | |
| Defendant. | |
| _____/ | |

This matter is set for September 29, 2010 for a hearing on defendant David Garcia's status on Pretrial Release. He is residing at New Bridge Foundation, where he has been since he was released. The parties understand that he is participating satisfactorily in the program. The parties further understand that if Mr. Garcia were to leave the program, Pretrial Services would be notified. Mr. Garcia's counsel started a murder trial in state court on September 27, 2010 and is unavailable on September 29, 2010. Therefore, IT IS HEREBY STIPULATED between the parties, by and through

Stip Vacating Status Appearance
<u>US v. Garcia</u>, No. 10-00179 WHA (BEZ)          1

their respective counsel, that the status appearance set for September 29, 2010 may be vacated, or, if the court deems a hearing necessary, continued to a date in early December, 2010.

DATED: September 27, 2010          /S/Barbara Silano
                                   BARBARA SILANO
                                   Assistant U.S. Attorney


DATED: September 27, 2010          /S/Erik Babcock
                                   ERIK BABCOCK
                                   Attorney for Defendant


SO ORDERED.


DATED: September 28, 2010          _____
                                   Honorable Bernard E. Zimmerman
                                   U.S. MAGISTRATE JUDGE


The status conference is continued to December 8, 2010 at 1:30 p.m.

Stip Vacating Status Appearance
US v. Garcia, No. 10-00179 WHA (BEZ)                                     2