1  ERIK BABCOCK, Cal. 172514
2  Attorney at Law
   1212 Broadway, Suite 726
3  Oakland, CA 94612
4  510-452-8400 tel
   510-452-8405 fax
5
6  Attorney For Defendant
   DAVID GARCIA
7
8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              No. CR 10-00179 WHA (BEZ)
11
              Plaintiff,          **STIPULATION AND ~~PROPOSED~~
12                                 ORDER ALLOWING DAY PASS
13      v.                         FOR THANKSGIVING DAY**

14 DAVID GARCIA, et al.,
15
              Defendant.
16                           /
17
18     Defendant David Garcia's is residing at New Bridge Foundation, where he has been
19
20 since he was released. It is hereby stipulated between the parties, with the concurrence of
21 Pretrial Services, that Mr. Garcia may leave New Bridge for up to 12 hours on
22 Thanksgiving Day to spend time with his family at the home of his brother, Dennis
23 Rodrigues, who is one of the sureties on the release order.
24
25 DATED: November 23, 2010          /S/Barbara Silano
                                      BARBARA SILANO
26                                    Assistant U.S. Attorney
27
   Thanksgiving Travel Stip
28 US v. Garcia, No. 10-00179 WHA (BEZ)                                    1

1

2

3  DATED: November 23, 2010                    /S/Erik Babcock
                                               ERIK BABCOCK
4                                              Attorney for Defendant

5

6             SO ORDERED.

7

8

9  DATED: ⎯⎯⎯⎯⎯⎯⎯⎯
                                               Honorable Bernard E. Zimmerman
10                                             U.S. MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Thanksgiving Travel Stip
28  US v. Garcia, No. 10-00179 WHA (BEZ)                                    2