ERIK BABCOCK, Cal. 172514
Attorney at Law
1212 Broadway, Suite 726
Oakland, CA 94612
510-452-8400 tel
510-452-8405 fax

Attorney For Defendant
DAVID GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00179 WHA (BEZ) |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| DAVID GARCIA, et al., | |
| Defendant. / | |

In court on December 7, 2010, the parties informed the court that defendant David Garcia six months New Bridge Foundation had expired and, given his exemplary participation at New Bridge, the parties were proposing that he be allowed to leave on different conditions. The court indicated that he should go to a halfway house at least until January 3, 2010.

Accordingly, with the concurrence of Pretrial Services, the parties hereby stipulate and agree that Mr. Garcia may now reside in a halfway house, as designated by Pretrial

Services. All conditions formerly imposed remain the same. The following special conditions are added:

1. Mr. Garcia may leave the halfway house for the following activities, all as approved by Pretrial:

   a. He may spend time with his family and children on weekends;

   b. He may attend church on Sundays;

   c. He shall attend aftercare as directed by Pretrial

   d. He may leave the halfway house to deal with legal needs, including dealing with a federal tax lien;

   e. He may spend Christmas Eve and Christmas Day with his family.

   f. He may leave the halfway house to deal with medical issues

SO STIPULATED.

DATED: December 9, 2010            /S/Barbara Silano
                                    BARBARA SILANO
                                    Assistant U.S. Attorney

///

///

///

Stip Modifying Conditions of Release
US v. Garcia, No. 10-00179 WHA (BEZ)                                    2

DATED: December 9, 2010

/S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant

SO ORDERED.

DATED: 9 Dec '10

Honorable Bernard E. Zimmerman
U.S. MAGISTRATE JUDGE

Stip Modifying Conditions of Release
US v. Garcia, No. 10-00179 WHA (BEZ)

3