STEVEN G. KALAR
Federal Public Defender
CARMEN A. SMARANDOIU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Email:          Carmen_Smarandoiu@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. GARCIA,<br><br>Defendant. | No. CR 10-00179-002 WHA<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING SENTENCE<br>REDUCTION UNDER U.S.S.G. § 1B1.1(b)<br>AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

through their respective counsel, that:

1.    Defendant is making an unopposed motion for modification of his sentence pursuant to

18 U.S.C. § 3582(c)(2).

2.    Defendant's original guideline calculation was as follows:

Total Offense Level: 29

Criminal History Category:  III

Guideline Range: 120 to 135 months

Mandatory Minimum: 120 months

3.  Defendant was sentenced to 135 months imprisonment on March 18, 2011.

4.  According to the Bureau of Prisons, Defendant's current projected release date is December 10, 2020.

5.  Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.  Defendant's revised guideline calculation is as follows:

Total Offense Level: 27

Criminal History Category: III

Guideline Range: 120 months

Mandatory Minimum: 120 months

7.  The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.  Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 120 months**, effective November 1, 2015.

9.  The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12.   Accordingly, the parties agree that an amended judgment in accordance with this

stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §

1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to

the Court.


IT IS SO STIPULATED.


10/16/2015                                    /s/
_____        _____
DATED                                    MELINDA L. HAAG
                                              United States Attorney
                                              J. DOUGLAS WILSON
                                              Assistant United States Attorney
                                              Northern District of California


10/16/2015                                    /s/
_____        _____
DATED                                    STEVEN G. KALAR
                                              Federal Public Defender
                                              CARMEN A. SMARANDOIU
                                              Assistant Federal Public Defender
                                              Northern District of California




IT IS SO ORDERED.


October 20, 2015.
_____        _____
DATED                                    William Alsup
                                              United States District Judge


*3582 STIP,* CR 10-00179-002 WHA
DEF. DAVID A. GARCIA                    3